# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIANNA TANGHE, a minor, by and through her parent and natural guardian, KELLI KING-TANGHE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, d/b/a BANK OF AMERICA CHICAGO MARATHON<br><br>Defendant. | Case No.: 1:17-cv-02114<br><br>**CLASS ACTION**<br><br>DECLARATION IN SUPPORT OF MOTION TO DISMISS |

**DECLARATION OF MICHAEL NISHI IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Michael Nishi, pursuant to 28 U.S.C. § 1746, state as follows:

1.    I am the Executive Vice President of Business Development and Operations for Chicago Events Management. In that role, I oversee all event operations for the Chicago Marathon. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.    The Marathon involves several divisions, each based on any required qualifications and the nature of each event type, including elite runner division, elite wheelchair division (for elite participants with mobility impairments), handcycle division (also limited to participants with mobility impairments), open wheelchair division (also limited to participants with mobility impairments), open runner division, and duo division (also exclusively for individuals with mobility impairments).

1

2

3. The elite divisions require qualifying times, while the open divisions are selected solely through an application process and, if the number of applicants exceeds the number of available spots, a drawing process is conducted to randomly select the participants.

4. Every year since 2013, the number of applicants the Marathon receives for the open runner division is thousands more than the cap for that division. There is no waitlist for the open runner division, so applicants that are not selected through the open runner division drawing cannot participate in the Marathon.

5. The caps for each race are determined by many factors, including operational safety and medical requirements, course logistics and limitations, and staging and pace.

6. The Marathon instituted the duo team race in 2015. The Marathon considers many factors when determining the cap for the duo team event. Particularly relevant for the duo event are increased medical requirements, starting placement, spacing, pace, and course limitations.

7. Duo teams require more space to allow for the two participants and the large customized racing chair to maneuver the course. The duo event begins at the end of wave one of participants to provide sufficient time for the six duo teams to have a safe distance from one another and wave two of participants.

8. Even up to the 5K distance mark of the Marathon course, duo teams are within minutes of one another, historically, increasing the risk of collision and/or injury. Further, the duo teams start to mix with the other event participants between the 5K and 10K distance marks.

9. It is common for some duo teams to stay close together, so when the teams hit narrow streets, as restricted as 16 feet across, risk increases for collision and limits access for the emergency vehicles, including ADA accessible vehicles, to those areas.

2

10. Based on these and other factors, to facilitate the safety of all Marathon participants, the duo event is capped at six duo teams (twelve participants).

11. In 2015, the Marathon received five applications and each team was admitted to participate in the race. Four teams (eight participants) competed in the duo race.

12. In 2016, twelve teams (twenty-four participants) initially expressed interest in the event, and eight interested teams were sent the application. When three of those teams elected not to complete the application, an application was sent on June 22, 2016 to the team on the waitlist. Six duo teams (twelve participants) ultimately applied and all were accepted to participate in the duo race. One team dropped out due to injury, but no additional teams remained on the waitlist.

13. Ms. Tanghe and her mother were among those five teams who applied for, were selected through the drawing and waitlist process, and ultimately participated in the 2016 Marathon.

14. Ms. Tanghe was drawn seventh and is currently the first team on the waitlist.

15. The Marathon uses an email program SubscriberMail to communicate duo event status. On January 24, 2017, the program was used to notify Ms. Tanghe that she was the first team on the waitlist. A true and correct copy of the template used for the January 24, 2017 waitlist notice and the system records of communications with Ms. Tanghe are attached hereto as Exhibit A.

16. The Marathon welcomes people with disabilities to participate in its races and hosts four divisions at the Marathon exclusively for individuals with mobility impairments.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

[THIS PAGE INTENTIONALLY LEFT BLANK]

4

Executed on May 15, 2017

_____
Michael Nishi

# EXHIBIT A

# REDACTED



Alex

Thank you for your submitting your application for the Duo Division at the 2017 Bank of America Chicago Marathon. You have not been selected in the drawing to participate in this year's event.

You have been placed on the waiting list in position: . Should one of the six selected teams not complete registration, or withdraw after registration is complete, an entry shall be offered to the team with the highest position on the waiting list. Entries based on the withdrawal of a registered team will be available until August 1, 2017.

For more information about the Bank of America Chicago Marathon, go to chicagomarathon.com

Questions? Contact the Bank of America Chicago Marathon office at 312.904.9800, Monday - Friday, 9 a.m. to 5 p.m. U.S. Central Time or email office@chicagomarathon.com

Unsubscribe or update your email address.

135 S. LaSalle St., Suite 1160 | Chicago, Illinois 60603

1

# Bank of America Chicago Marathon

| | | | |
|---|---|---|---|
| Email: | kelli.tanghe@comcast.net | Data Fields | |
| Status: | Active | First Name: | Kelly |
| Date added: | 06/27/16 3:59 PM | Place: | Position 1 |
| Modified: | 01/23/17 5:37 PM | email: | kelli.tanghe@comcast.net |
| Opted-in from Site: | | code: | GPTRW46 |
| Dbl opt-in sent: | | | |
| Dbl opt-in date: | | | |
| Date deleted: | | | |
| Date unsubscribed: | | | |
| Reason: | | | |
| Unsub from this message: | | | |
| Bounce Count: | Hard:0 Soft: | | |
| Notes: | Bulk Import | | |

## Lists/Interest Groups

| List Name | Date Added | Date Removed | List Deleted | Unsubscribed |
|---|---|---|---|---|
| All | 06/27/16 3:59 PM | | | |
| 2016_BACCM_Share Your Story_2015-06-27 | 06/27/16 3:59 PM | | | |
| 2016_BACCM_Participant Update_2016-8-15 | 07/29/16 11:31 AM | | | |
| 2016_BACCM_MBM_IC5K Dedicated_Country_USA | 08/12/16 4:05 PM | | | |
| 2016_BACCM_Participant Update_2016-09-22 | 09/22/16 11:20 AM | | | |
| 2016_BACCM_EAS Participant Update_Participants | 10/05/16 8:55 AM | | | |
| 2016_BACCM_Finisher_10-10-16 | 10/10/16 1:54 PM | | | |
| 2017_BACCM_MBM_Past Participants | 11/22/16 11:37 AM | | | |
| 2017_BACCM_Duo Team Drawing_2017-01-20 | 01/20/17 2:05 PM | | | |
| 2017_BACCM_Duo Team Drawing_Waiting List | 01/23/17 5:37 PM | | | |

[View 2017 activity] [View 2016 activity] [View Clicks]

## 2017 activity

| Activity | Count | % |
|---|---|---|
| Messages Sent | 2 | |
| Messages Rendered | 2 | 100% |
| Messages Clicked | 0 | 0% |
| Hard Bounced | 0 | |
| Soft Bounced | 0 | |

| Message Sent | Subject | Total Renders | Total Clicks | First Open |
|---|---|---|---|---|
| 01/24/17 08:30 | 2017_BACCM_Duo Team Drawing_Waiting List | 5 | 0 | 01/24/17 09:42 |
| 01/20/17 14:30 | 2017_BACCM_Duo Team Drawing_2017-01-20 | 8 | 0 | 01/20/17 15:22 |