UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARIANNA TANGHE, a minor, by and through her parent and natural guardian, KELLI KING-TANGHE, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, d/b/a BANK OF AMERICA CHICAGO MARATHON<br>     Defendant. | Case No.: 1:17-cv-02114<br><br><br><br>**NOTICE OF SETTLEMENT**<br><br><br>**CLASS ACTION** |

   NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to putative Class

within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after August 14, 2017 for filing a Request for Dismissal.

Respectfully submitted,

Date:  June 13, 2017                                         **Kazerouni Law Group, APC**

                                              By:  s/Abbas Kazerounian
                                                   Abbas Kazerounian, Esq.
                                                   Attorneys for Plaintiff

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (IL: 6316129)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523