IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIANNA TANGHE, a minor, by and through her parent and natural guardian, KELLI KING-TANGHE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, d/b/a BANK OF AMERICA CHICAGO MARATHON<br><br>Defendant. | Case No.: 1:17-cv-02114<br><br>CLASS ACTION<br><br>Judge Edmond E. Chang |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Arianna Tanghe and Defendant Bank of America, N.A.,[1] by and through their undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE.  Further, each party to bear their own costs, expenses and attorneys' fees.

---

[1] Plaintiff erroneously named Bank of America Corporation as the Defendant in this case. Bank of America, N.A., is the proper entity name of Defendant.

Dated: July 7, 2017

/s/ Abbas Kazerounian
Abbas Kazerounian, Esq. (IL: 6316129)
KAZEROUNI LAW GROUP, APC.
245 Fischer Ave, Unit D
Costa Mesa, CA 92626
Phone: 800.400.6808
Fax: 800.520.5523
Email: ak@kazlg.com

Corey Hanrahan, Esq. (admitted pro *hac vice*)
THE HANRAHAN FIRM
Westin Emerald Plaza
402 West Broadway, Suite 1760
San Diego, California 92101
Phone: 619.377.6522
Fax: 619.377.6662
Email: corey@hanrahanfirm.com

Joshua B. Swigart, Esq. (admitted pro *hac vice*)
Yana A. Hart, Esq (admitted pro *hac vice*)
HYDE & SWIGART
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Phone: 619.233.7770
Fax: 619.297.1022
Email: josh@westcoastlitigation.com
Email: yana@westcoastlitigation.com

*Attorneys for Plaintiff, Arianna Tanghe*

Respectfully submitted,

/s/ Ann Marie Estevez
Anne Marie Estevez (admitted *pro hac vice*)
Beth S. Joseph (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339
Phone: 305.415.3330
Fax: 877.432.9652
Email:annemarie.estevez@morganlewis.com
Email: beth.joseph@morganlewis.com

Mikaela R. Shaw (ARDC 6321502)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Phone: 312.324.1000
Fax: 312.324.1001
Email: mikaela.shaw@morganlewis.com

*Attorneys for Defendant Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that on July 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

*s/ Abbas Kazerounian*
Abbas Kazerounian, Esq.
ak@kazlg.com
